USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BURKE ASSOCIATES, INC., | DOCKET NO. 19-cv-008588 |
| Plaintiff, | Civil Action |
| -against- | |
| PLANTAGE RIO, INC., | ORDER OF DISMISSAL |
| Defendant. | |

Plaintiff having submitted a Notice of Dismissal With Prejudice, and upon the prior proceedings hereto, pursuant to Federal Rule of Civil Procedure Fed.R.Civ.P. 41(a)(1)(A)(ii), it is ORDERED that:

1) the above-entitled case is hereby DISMISSED with prejudice; and

2) all costs and expenses shall be borne solely by the party incurring same.

The Clerk is directed to close the file.

SIGNED this  14   day of November, 2019

_____
Valerie E. Caproni, U.S.D.J.